DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEAH M. NELSON,**
Appellant,

v.

**KENNETH ALAN NELSON, II,**
Appellee.

No. 4D18-3660

[March 5, 2020]

Appeal and cross appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Robert L. Pegg, Judge; L.T. Case No. 312016DR000138.

Dave Krupski of Dave Krupski, Esq., PLLC, Ponte Vedra Beach, for appellant.

Amy D. Shield and Roger Levine of Shield & Levine, P.A., Boca Raton, and Bradley W. Rossway of Rossway Swan Tierney Barry Lacey & Oliver, P.L., Vero Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***